UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x Civil Action No.: 1:23-cv-00073
Freedom Mortgage Corporation,

                                                  Plaintiff,           **NOTICE**
                                                                       **OF MOTION**

      -against-

Brandon W. Degener,

                                                  Defendants.
-----------------------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that, upon the annexed Declaration in Support and the Declaration of Services Rendered of Robert Tremaroli, Esq. both dated June 16, 2023, and the accompanying Bill of Cost dated June 16, 2023, and affidavit of Heather Marie Diaz, sworn to on March 15, 2023, the exhibits attached thereto, and all prior proceedings in this case, Plaintiff Freedom Mortgage Corporation**,** by and through its attorneys Frenkel, Lambert, Weiss, Weisman & Gordon, LLP will move this court at the United States District Court for the Northern District of New York located at 100 South Clinton Street, Syracuse, NY 13261 on a date and time to be designated by the Court and for an order granting:

    1. a default judgement of foreclosure against the defendants Brandon W. Degener in accordance with FED R. CIV. P. 55.2

     2. Granting a Judgment of Foreclosure and sale;

     3. Directing the distribution of the sale proceeds, and

     4. Such additional relief as this court may deem just and proper

1

**PLEASE TAKE FURTHER NOTICE** that answering papers and notice of cross-motion, with supporting papers, if any, must be made in writing and received in the District Court Clerk's office, United States District Court for the Northern District of New York and by the undersigned Frenkel, Lambert, Weiss, Weisman & Gordon, LLP, 53 Gibson Street, Bay Shore, NY 11706, and all other parties requiring notice in accordance with the rules of this Court.

Dated: June 16, 2023
       Bay Shore, New York

_____
Robert Tremaroli, Esq.
Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
Attorneys for Plaintiff Freedom Mortgage Corporation
Main Office: 53 Gibson Street
Bay Shore, New York 11706
631-969-3100
Our File No.: 01-097041-F00

TO:

Brandon W. Degener
36 Heath Street,
Corinth, NY 12822